United States Court of Appeals
Fifth Circuit

**F I L E D**

April 7, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-51337
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LORENA YVETTE CARO-PAYAN

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
3:04-CR-1263-ALL
----------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the Appellee's unopposed motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand the case to the United States District Court for the Western District of Texas, El Paso Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed alternative motion to extend time to file the Appellee's brief until fourteen (14) days from the Court's denial of the

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

Appellee's motion to vacate and motion to remand is DENIED as moot.